# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BRYAN PRICHARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:05-0748 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| RICK SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Rick Smith, (Docket No. 26), is **DENIED**.

It is so ordered.

Enter this 23rd day of October 2006.

 _____
 ALETA A. TRAUGER
 United States District Judge